## RECONSIDERATION DOCKET

**93–325.** Painter v. Graley. *Cuyahoga County,* No. 61148. Reported at 70 Ohio St.3d 377, 639 N.E.2d 51. On motion for reconsideration and on motion to clarify court order. Motions denied.
DOUGLAS, J., would grant the motion for reconsideration only.
PFEIFER, J., dissents.
F.E. SWEENEY, J., not participating.

**93–792.** Great Am. Ins. Co. v. Limbach. Board of Tax Appeals, No. 90–J–632. Reported at 70 Ohio St.3d 357, 639 N.E.2d 36. On motion for reconsideration. Motion denied.
RESNICK and F.E. SWEENEY, JJ., dissent.

**93–1021.** Hamilton v. State Emp. Relations Bd. *Franklin County,* Nos. 92AP–1345 and 92AP–1346. Reported at 70 Ohio St.3d 210, 638 N.E.2d 522. On motion for reconsideration by city of Hamilton. Motion denied.
MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**93–1864.** Herald v. Hood. *Summit County,* No. 15986. Reported at 70 Ohio St.3d 1210, 639 N.E.2d 109. On motion for reconsideration. Motion denied.
WRIGHT, J., dissents.

**93–2055.** Smith v. Rudler. *Ashtabula County,* No. 92–A–1753. Reported at 70 Ohio St.3d 397, 639 N.E.2d 66. On motion for reconsideration and on request for oral argument. Motion and request denied.
WRIGHT, J., dissents.

**94–890.** Ashbrook v. Schneider. *Cuyahoga County,* No. 64469. Reported at 70 Ohio St.3d 1440, 638 N.E.2d 1043. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**94–1083.** Wilkerson v. Eaton Corp. *Cuyahoga County,* No. 65182. Reported at 70 Ohio St.3d 394, 639 N.E.2d 63. On motion for reconsideration. Motion denied.
MOYER, C.J., and WRIGHT, J., dissent.
F.E. SWEENEY, J., not participating.

**94–1199.** Encore Mgt., Inc. v. Lakeview Realty, Inc. *Cuyahoga County,* No. 64784. Reported at 70 Ohio St.3d 1441, 638 N.E.2d 1044. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**94–1345.** Archon Realty v. Zavakos. *Montgomery County,* No. 14226. Reported at 70 Ohio St.3d 1442, 638 N.E.2d 1044. On motion for reconsideration. Motion denied.

**94–1908.** State ex rel. Rife v. Franklin Cty. Bd. of Elections. Reported at 70 Ohio St.3d 632, 640 N.E.2d 522. On motion for reconsideration by Tom Taylor, d.b.a. Topcat Concrete, and on motion for reconsideration by Franklin County Board of Elections et al. Motions denied.